IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY PRICE,

    Petitioner,               No. CIV S-02-0077 GEB KJM P

    vs.

TOM CAREY, Warden,

    Respondent.           ORDER

_____/

    On June 21, 2005, petitioner, a state prisoner proceeding with counsel, filed a request for an extension of time to file objections to the court's June 15, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 21, 2005 request for an extension of time is granted nunc pro tunc; and

    2. Petitioner's July 12, 2005 objections to the court's June 15, 2005 findings and recommendations are deemed timely.

DATED:  August 16, 2005.

                              UNITED STATES MAGISTRATE JUDGE

1 pric0077.111