IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY PRICE,

         Petitioner,         No. CIV S-02-0077 GEB KJM P

   vs.

TOM CAREY, Warden,

         Respondent.         <u>ORDER</u>

_____/

         Petitioner is a California prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254. On January 25, 2007, petitioner filed a document seeking leave to file an amended application for writ of habeas corpus under 28 U.S.C. § 2254. While it is not entirely clear, it appears petitioner's entire amended application is included within the motion to amend. Petitioner has not stated grounds why this court should allow amendment.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. Petitioner's January 25, 2007 motion for leave to amend is denied without prejudice.

         2. Within twenty days of this order, petitioner may file a motion for leave to amend which includes grounds for leave to amend and a separate proposed amended application

/////

1

1 for writ of habeas corpus. Petitioner is informed that Local Rule 15-220 requires that amended
2 pleadings be complete in themselves without reference to any prior pleading.
3 DATED: February 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
pric0077.mta

2