MARGARET LITTLEFIELD
  SBN 110938
LAW OFFICES OF MICHAEL SATRIS
Post Office Box 337
Bolinas, CA  94924
Tel:    (916) 324-5376
Fax:    (916) 322-8288
Email:  satris@sbcglobal.net

Attorney for Petitioner Jeffrey Price

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY PRICE,<br><br>    Petitioner,<br><br>    v.<br><br>TOM L. CAREY,<br><br>    Warden, California State Prison at Solano, Respondent. | No. CIV S-02-0077 GEB KJM P<br><br>PARTIES' STIPULATION EXTENDING TIME FOR PETITIONER TO FILE RENEWED MOTION TO AMEND PETITION & AMENDED PETITION, AND PROPOSED ORDER |

**IT IS HEREBY STIPULATED:**

On February 9, 2007, this Court denied without prejudice Petitioner Jeffrey Price's motion to amend his petition, and ordered that he file an amended petition with a renewed motion to amend within 20 days, making such due on March 1, 2007.  The Office Manager in Petitioner's counsel's office, the only person there who knows how to e-file documents, suddenly had to leave due to a death in the family in Germany and will not return until March 12, 2007.  Accordingly, the parties hereby stipulate that Price may

/ / /

/ / /

/ / /

/ / /

1 have an extension of time of 20 days, to and including March 21, 2007, in which to file a

2 renewed motion to amend the petition and amended petition.

3     Dated:  March 1, 2007

4

5                            */ s / Robert C. Cross*
                           ROBERT C. CROSS

6                            Attorneys for Respondent Carey

7

8     Dated:  February 28, 2007

9

10                             */ s / Margaret Littlefield*
                           MARGARET LITTLEFIELD
                           Attorney for Petitioner Price

11

12 **PURSUANT TO STIPULATION OF THE PARTIES, AND FOR GOOD**

13 **CAUSE SHOWN, IT IS HEREBY ORDERED** that Petitioner shall have until

14 March 21, 2007, to file his renewed motion to amend the petition and amended petition.

15 Dated:  March 13, 2007.

16

17                            U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28