1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11                SACRAMENTO DIVISION

12

13   **JEFFREY PRICE,**                              2:02-cv-00077-GEB-KJM-P

14                               Petitioner,    **ORDER**

15          **v.**

16   **TOM CAREY,**

17                               Respondent.

18

19        FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time,

20   up to and including July 13, 2007, in which to file a response to the Amended Petition for Writ

21   of Habeas Corpus.

22   DATED:  June 15, 2007.

23   _____

        U.S. MAGISTRATE JUDGE

24

25

26

27   CA2002FH0005

28   02cv77.o.0516.wpd

                              ORDER
                                1