## OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

June 22, 2007

**FILED**

JUN 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Ms. Margaret Littlefield
Attorney at Law
P.O. Box 337
Bolinas, CA 94924

Re: **Price v. Carey**
Civ.S-02-077-GEB/KJM

Dear Ms. Littlefield:

This will confirm your appointment as counsel by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc: Clerk's Office
Ninth Circuit Court of Appeals

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| 09C | Price, Jeffrey | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Civ.S-02-077-GEB/KJM | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| Price v. Carey | Appeal | Appellant | CA |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)
Appeal from the denial of a habeas corpus

**12. ATTORNEY'S NAME AND MAILING ADDRESS**

Margaret Littlefield, Esq.
P.O. Box 337
Bolinas, CA 94924

Telephone Number: (415) 868-9209

**13. COURT ORDER**

Date of Order: 6/7/07
Nunc Pro Tunc Date: 10/17/05

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| | (Rate per hour = $ 90) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____ TO _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|

**28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER** | DATE | **28a. JUDGE / MAG. JUDGE CODE**

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

**34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)** | DATE | **34a. JUDGE CODE**

1  MARGARET LITTLEFIELD, SBN 110938
2  LAW OFFICES OF MICHAEL SATRIS
   P. O. Box 337
3  Bolinas, CA 94924
4  Tel:  (415) 868-9209
   Fax:  (415) 868-2658
5  E-Mail: satris@earthlink.net

6  Attorney for Petitioner Jeffrey Price
7

8
              UNITED STATES DISTRICT COURT
9
10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | JEFFREY PRICE,
13 |     Petitioner,
14 |                                    No. CIV S-02-0077 GEB KJM P
   |     v.
15 |                                    **NOTICE OF APPEAL**
16 | TOM L. CAREY,
17 |     Warden, California State Prison at Solano,
   |     Respondent.
18
19

20     Petitioner Jeffrey Price, through his appointed counsel, files his notice of
21  appeal from the judgment of the United States District Court for the Eastern
22  District of California, entered September 20, 2005, dismissing his petition for
23  writ of habeas corpus as moot, and without prejudice for failure to exhaust state
24  remedies. Price challenged a fully exhausted denial of parole by the California
25  Board of Prison Hearings ("Board"), during the pendency of which the Board
26  granted him parole but Governor Davis reversed that grant. Pursuant to *White v.*
27  *Lambert*, 370 F.3d 1002, 1010 (9th Cir. 2004), Price is not required to obtain a

                                        i

NOTICE OF APPEAL, Case No. CIV S-02-0077 GEB KJM P

certificate of appealability where habeas is denied to a person in state custody who challenges an administrative decision affecting his custody.

Dated: October 17, 2005

/s/ Margaret Littlefield
MARGARET LITTLEFIELD
Attorney for Petitioner Jeffrey Price

ii

NOTICE OF APPEAL, Case No. CIV S-02-0077 GEB KJM P