IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Jeffrey Price,** | 2:02-cv-00077-GEB-KJM-P |
| Petitioner, | ORDER |
| v. | |
| **Tom Carey,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of seven days, up to and including July 20, 2007, in which to file an answer to the Amended Petition for Writ of Habeas Corpus.

DATED: July 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1