IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Jeffrey Price,** | 2:02-cv-00077-GEB-KJM-P |
| Petitioner, | **ORDER** |
| v. | |
| **Tom Carey,** | |
| Respondent. | |

UPON CONSIDERATION AND FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of twenty-one days, up to and including August 17, 2007, in which to file an answer to the Amended Petition for Writ of Habeas Corpus.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1