IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PRICE,<br><br>      Petitioner,<br><br>  vs.<br><br>JOHN W. HAVILAND,[1] Warden (A),<br>California State Prison, Solano,<br><br>      Respondent. | No. 2:02-cv-00077-JKS<br><br>ORDER TO SHOW CAUSE |

  IT IS HEREBY ORDERED THAT, on or before **August 24, 2009**, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

  Dated:  August 13, 2009.

                     /s/ James K. Singleton, Jr.
                     JAMES K. SINGLETON, JR.
                     United States District Judge

---

[1] John W. Haviland, Warden (A), California State Prison, Solano, is substituted for Thomas L. Carey, Warden, California State Prison, Solano.  Fed. R. Civ. P. 25(d).